Steven C. **BOTTS**, Appellant,

v.

**STATE** of Missouri, Respondent.

No. WD 49946.

Missouri Court of Appeals,
Western District.

March 28, 1995.

John M. Schilmoeller, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Michelle A. Freund, Asst. Atty. Gen., Jefferson City, for respondent.

Before SPINDEN, P.J., and ULRICH and SMART, JJ.

### ORDER

PER CURIAM:

Appeal from dismissal of Rule 24.035 post-conviction motion alleging denial of effective assistance of counsel. Appellant had been convicted of assault in the second degree, a class C felony, § 565.060, RSMo 1986, and sentenced to a suspended five-year term of imprisonment and supervised probation. Appellant's probation was revoked, and execution of sentence was imposed.

Affirmed. Rule 84.16(b).